**Affirmed and Majority and Concurring Opinions filed July 22, 2024.**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00062-CV

## IN THE INTEREST OF J.A.R., A CHILD

**On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2022-01692J**

## CONCURRING OPINION

I concur in the court's judgment. I do not join the opinion.

Appeals from the termination of the parent-child relationship are some of the most emotionally challenging cases we face at the court of appeals. The facts are often bleak and the future prospects for the children are often not promising. And these cases are on an unforgiving 180-day calendar, from filing of the notice of appeal to the rendition of judgment and the hand down of the court's opinion. But that is our job.

The problem with writing fact-intensive opinions quickly is the unintended

consequences. If an opinion is inartfully written, then it can come back to haunt the legal system as bad precedent. We must also strive to write opinions that do not unintentionally suggest to the public that any old action the government doesn't like is a ground that justifies terminating a parent's rights.

There are tragic facts that need to be recited in this opinion. I agree with the legal conclusion that the trial court's final order of termination should be affirmed. I do not agree with the opinion as written, and certainly do not understand why it merits designation as a full opinion.

I concur in the judgment only.

/s/    Charles A. Spain
Justice

Panel consists of Chief Justice Christopher and Justices Spain and Poissant (Poissant, J., majority).